**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

 **v.**              Case No. 11-cr-128-PB

**Alvaro Garcia**

### O R D E R

The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to review discovery and prepare for trial or other resolution. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to June 5, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 20, 2012 final pretrial conference is continued to May 22, 2012 at 11:00 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 17, 2012

cc: Bruce Kenna, Esq.
William E. Morse, ASUA
United States Marshal
United States Probation